# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WILLIAM GIPSON, individually and on behalf of a class of others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>SOUTHWESTERN BELL TELEPHONE COMPANY,<br><br>              Defendant. | Case No. 08-CV-2017 KHV/DJW |

## PLAINTIFFS' RULE 30(b)(6) NOTICE OF DEPOSITION

TO:    ALL COUNSEL OF RECORD

       PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Defendant Southwestern Bell Telephone Company ("SWBT") by a person or persons designated by SWBT before a court reporter authorized by law to administer oaths.  The deposition will begin at 9:00 a.m. on October 14, 2008, at the offices of Stueve Siegel Hanson LLP, 460 Nichols Road, Suite 200, Kansas City, Missouri 64112 and continue from day to day until completed. The deposition shall be recorded by stenographic means.

       SWBT shall designate one or more officers, directors, managing agents, or other persons to testify on its behalf, and shall set forth, for each person designated, the matters on which the person will testify.  The person(s) so designated by SWBT shall testify on matters known or reasonably available to SWBT concerning the following subjects:

## DEPOSITION TOPICS

1.    The organizational, management, and geographic structure of SWBT call centers from January 8, 2005, until the present.

2.    The total number of telephone dedicated customer service employees employed in the MOKAT region by Defendant from January 8, 2005 until the present and where they are located.

3.    The job description and the job duties of the telephone dedicate customer service employee position between January 8, 2005 and the present.

4.    Defendant's policies and practices regarding recording and tracking time worked by telephone dedicated customer service employees from January 8, 2005 until the present, including any systems and programs used to record working time.

5.    Defendant's policies and practices regarding the process for scheduling the work shifts of telephone dedicated customer service employees.

6.    Defendant's policies and practices regarding compliance with the Fair Labor Standards Act ("FLSA"), and specifically any and all efforts to ensure that time is accurately recorded and properly paid to telephone dedicated customer service employees from January 8, 2005 until the present.

7.    Defendant's policies and practices regarding the creation, existence, retention, and preservation of records relating to hours worked and any records required to be maintained pursuant to 29 U.S.C. § 211(c).

8.    Any internal investigations, surveys, studies or audits by Defendant since January 8, 2005, regarding the nature and amount of work performed by telephone dedicated customer service employees.

9.    The existence and resolution of any claims of alleged wage and hour law violations for failure to pay all time worked, failure to pay overtime, or failure to maintain accurate records against Defendant within the last five years filed with any federal or state administrative agencies or federal or state court by any individual, employee or entity.

10.    The existence and resolution of any informal or internal complaints alleging SWBT's failure to pay all time worked, failure to pay overtime, or failure to maintain accurate records within the last five years.

11.    Any internal communications or discussions within SWB's human resources department in the last five years relating to compliance with wage and hour law as it applies to telephone dedicated customer service employees.

Dated:        October 2, 2008

Respectfully submitted,

STUEVE SIEGEL HANSON LLP

  /s/ Richard M. Paul III
George A. Hanson        KS Bar #16805
Email: hanson@stuevesiegel.com
Richard M. Paul III      KS Bar #17778
Email:  paul@stuevesiegel.com
Lee R. Anderson         KS Bar #22755
Email: anderson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel:    816-714-7100
Fax:    816-714-7101
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 2nd day of October, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Patrick F. Hulla          KS Bar #16230
Email:  patrick.hulla@ogletreedeakins.com
Stacy M. Bunck           KS Bar #20531
Email:  stacy.bunck@ogletreedeakins.com
OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C.
4717 Grand Avenue, Suite 300
Kansas City, Missouri  64108
Tel:  816-471-1301
Fax:  816-471-1303
ATTORNEYS FOR DEFENDANT

  /s/ Richard M. Paul III
Attorney for Plaintiffs